# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2518
_____

United States of America

*Plaintiff - Appellee*

v.

Charles Wayne Allen

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: February 26, 2026
Filed: March 3, 2026
[Unpublished]
_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Charles Allen appeals after the district court[1] revoked his supervised release and sentenced him to 21 months in prison followed by 5 years of supervised release.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

His counsel has moved to withdraw and has filed a brief challenging the substantive reasonableness of the revocation sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009). Moreover, the revocation sentence is within the Guidelines range and is therefore afforded a presumption of substantive reasonableness on appeal. *See United States v. Wilkins*, 909 F.3d 915, 917-18 (8th Cir. 2018).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____